### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES BROWN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:11CV00503 SWW |
| | * | |
| WESCO DISTRIBUTION, INC. | * | |
| | * | |
| Defendant | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claim pursuant to the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634, is DISMISSED WITH PREJUDICE, and Plaintiff's claims pursuant to state law are DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1367(c)(3).

IT IS SO ORDERED THIS 6TH DAY OF JUNE, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE